IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRIS DESOTO**
**#662923**                                                                                         **PLAINTIFF**

v.                                          No: 3:19-cv-329-DPM

**PANNELL, LPN/Nurse, NEACCC**                                              **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. DeSoto hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2020