IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRIS DESOTO                                                          PLAINTIFF
#662923

v.                          No: 3:19-cv-329-DPM

PANNELL, LPN/Nurse, NEACCC                                DEFENDANT

## JUDGMENT

DeSoto's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2020